UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY ROSE,

    Plaintiff,

Case No. 12-11621

Honorable John Corbett O'Meara

v.

NATIONWIDE COLLECTION AGENCIES, INC.
d/b/a MONEY RECOVERY NATIONWIDE,

    Defendant.
    _____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Gregory Rose filed a three-count complaint in this court alleging the following causes of action: Count I, violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a; Count II, violations of Michigan's Occupational Code; and Count III, violations of Michigan's Collection Practices Act.

Although Plaintiff's claim under the FDCPA is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. The parties to this action are not diverse. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Counts II and III of the complaint are **DISMISSED.**

                              s/John Corbett O'Meara
                              United States District Judge

Date: June 7, 2012

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 7, 2012, using the ECF system.

                                            s/William Barkholz
                                            Case Manager